Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Vincent Chetty

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| VINCENT CHETTY,<br><br>       Plaintiff,<br><br>   v.<br><br>MERRICK BANK,<br><br>       Defendant. | Case No.: 2:18-cv-00166-TLN-CKD<br><br>Assigned to: Hon. Troy L. Nunley<br>Referred to: Hon. Carolyn K. Delaney<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT MERRICK BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Vincent Chetty and defendant Merrick Bank, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within twenty-one (21) days and will request dismissal *with prejudice* of Merrick Bank from the above-captioned case upon finalization.

**Sagaria Law, P.C.**

Dated:   April 3, 2018          By:     /s/ *Elliot Gale*
                                      Elliot Gale
                                      Attorneys for Plaintiff